Jo anna canzoneri mccormick

2609 east 14th street

Brooklyn new york 11235

Email   joannacanzonerimccormick@outlook.com

Plaintiffs for attorneys PRO SE

November 24, 2018

**18 CV 11302**

Honorable federal judge

United states federal court

500 pearl street

New york new york 10007

RE:   COURT FILING ON TPHONES (CELL TABLETS NOTEBOOKS LABTOPS AND ALL COMPUTERS

DEAR GENTLEMEN:

PLEASE LAWSUIT  THAT FOLLOWING:

CIVIL CASE COVER SHEET

SUMMONS

COMPLAINT (ATTACHMENTS BREACH OF CONTRACT,  INTENTIONAL TORT,

GENERAL NEGLIGENCE AND FRAUD (MURDER)

REQUEST FOR PRODUCTION OF DOCUMENTS

TEMPORARY RETAINING ORDER AND MOTION TO STAY

AFFIDAVIT IN SUPPORT OF APPLICATION FOR WAIVER OF FILLING AND SERVICE

AND AND COSTS AND TO PROCEED AS A POOR PERSON

PROOF OF SERVICE

REQUEST FOR COURT TO SERVE DEFENDANTS

i personally am claiming internet fraud and theft fraud and robbery too

SHOULD YOU HAVE ANY QUESTIONS,  PLEASE CONTACT ME IN WRITING

THANK YOU

jo anna canzoneri mccormick

JO ANNA CANZONERI MCCORMICK

2609 east 14th street

BROOKLYN NEW YORK 11235

Cell  718  795 6915

EMAIL   JOANNACANZONERIMCCORMICK@OUTLOOK.COM

PLAINTIFFS ATTORNEY IN PRO SE

# SUMMONS

Honorable federal judge

United states federal court

500 pearl street

New york  new york 10007

PLAINTIFFS:

JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;

JOHN DOES1-1000

JANE DOES1-1000

VS

DEFENDANTS:

APPLE,a business entity,etal;

JOHN DOES1-1000

JANE DOES1-1000, inclusive

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to

serve a copy of your answer, (If the complaint is not served with this summons, to

serve a notice of appearance), on the plaintiff's attorney within   30       of days

after the service of this summons, exclusive of the day of service, within 30 days after the

service is complete if this summons is not personally served on you within the new york federal district court

In case of your failure to appear or answer, Judgement will be taken against you by

default for the relief demanded in the complaint

DATED  november 24, 2018

PRO SE    JO ANNA CANZONERI MCCORMICK

JO ANNA CANZONERI MCCORMICK

2609 east 14th street

BROOKLYN NEW YORK 11235


EMAIL   JOANNACANZONERIMCCORMICK@OUTLOOK.COM

PLAINTIFFS ATTORNEY IN PRO SE


Honorable federal judge

United states federal court

500 pearl street

New york  new york 10007


PLAINTIFFS:

JO ANNA CANZONERI MCCORMICK,AN INDIVIDUAL,ETAL;

JOHN DOES1-1000

JANE DOES1-1000

COMPLAINT

BREACH OF A CONTRACT

GENERAL NEGLIGENCE

INTENTIONAL  TORT

FRAUD

VS

DEFENDANTS:

APPLE,a business entity,etal;

JOHN DOES1-1000

JANE DOES1-1000, inclusive





**JO ANNA CANZONERI MCCORMICK**

**2609  EAST 14th Street**

**BROOKLYN NEW YORK   11235**

 **CELL  718  450 0568**

**EMAIL**  JOANNACANZONERIMCCORMICK@OUTLOOK.COM

**DECEMBER 25, 2015**

**MICROSOFT**

**SAMSUNG**

**ACER**

**ASUS**

**HP**

**HTC**

**LENOVO**

**IRULU**

**DELL**

**QUAD CORE**

**GOOGLE**

**CODY**

**AT AND T**

**RE:  BILL OF SALE  IS FOR A NEW PRODUCT TPHONES  AND OR IDEAL ,**

**PROGRAMED APPLICATION AND PRODUCTS  FOR TABLETS** NOTEBOOKS

LABTOP COMPUTERS AND OR MONITORS  THIS NEW PRODUCT CAN BE A NEW

DESIGNED PROGRAM APPLICATION BY DOWNLOADING  SCREAMING COPING ADDED

APPLICATION ADDED PROGRAM APPLICATION ADDED PROGRAM AND OR DESIGN

PROGRAM JUST FOR THE

SMARTPHONE AND OR TELEPHONE **FOR TABLETS** NOTEBOOKS LABTOP
COMPUTERS AND OR MONITORS

THE NEW PRODUCTS IS FOR TPHONES

**DEAR GENTLEMEN**

THIS IS TO INFORM AND ADVISE YOU THAT I PERSONALLY HAVE AN  IDEAL
AND NEW  PRODUCT IN WHICH I PERSONALLY WOULD LIKE TO SELL (ASSIGN
THE USEAGE) FOR A NEW PRODUCT APPLICATION PROGRAM APPLICATION
AND OR IDEAL , PROGRAMED AND PRODUCTS  FOR TABLETS NOTEBOOKS
LABTOP COMPUTERS AND OR MONITORS  THIS NEW PRODUCT CAN BE A NEW
DESIGNED PROGRAM APPLICATION BY DOWNLOADING  SCREAMING COPING ADDED
APPLICATION ADDED PROGRAM APPLICATION ADDED PROGRAM AND OR DESIGN
PROGRAM JUST FOR THE
SMARTPHONE AND OR TELEPHONE **FOR TABLETS** NOTEBOOKS LABTOP
COMPUTERS AND OR MONITORS

**NEW PRODUCT IS TPHONES**

YOUR COMPANYS  FOR PAYMENT CHECK PAYCHECK AND ROYALITIES
(AMOUNT ESTIMATED IS UNKNOWN AT THIS  TIME)
FOR  BILL OF SALE  IS FOR A NEW PRODUCT AND OR IDEAL , PROGRAMED
AND PRODUCTS  FOR TABLETS NOTEBOOKS LABTOP COMPUTERS AND OR
MONITORS  THIS NEW PRODUCT CAN BE A NEW DESIGNED PROGRAM APPLICATION
BY DOWNLOADING  SCREAMING COPING ADDED APPLICATION ADDED PROGRAM
APPLICATION ADDED PROGRAM AND OR DESIGN PROGRAM JUST FOR THE
SMARTPHONE AND OR TELEPHONE **FOR TABLETS** NOTEBOOKS LABTOP

COMPUTERS AND OR MONITORS TO **EACH OF THE FOLLOWERS  WHO ARE CALLED BUYER AND OR BUYERS**

**MICROSOFT**

**SAMSUNG**

**ACER**

**ASUS**

**HP**

**HTC**

**LENOVO**

**IRULU**

**DELL**

**QUAD CORE**

**GOOGLE**

**CODY**

**AT AND T**

**BILL OF SALE  IS FOR A NEW PRODUCT AND OR IDEAL , PROGRAMED AND PRODUCTS  FOR TABLETS** NOTEBOOKS LABTOP COMPUTERS AND OR MONITORS THIS NEW PRODUCT CAN BE A NEW DESIGNED PROGRAM APPLICATION BY DOWNLOADING  SCREAMING COPING ADDED APPLICATION ADDED PROGRAM APPLICATION ADDED PROGRAM AND OR DESIGN PROGRAM JUST FOR THE SMARTPHONE AND OR TELEPHONE **FOR TABLETS** NOTEBOOKS LABTOP COMPUTERS AND OR MONITORS

 I JO ANNA CANZONERI MCCORMICK (SELLER) WOULD LIKE TO SELL  (ASSIGN THE USEAGE)  MY JO ANNA CANZONERI MCCORMICK IDEAL PROGRAM AND PRODUCT TO YOUR COMPANY AS A BUYER (ASSIGNEE) AND OR BUYERS

MICROSOFT

SAMSUNG

ACER

ASUS

HP

HTC

LENOVO

IRULU

DELL

QUAD CORE

GOOGLE

CODY

AT AND T

ON

THE NEW  AND OLD  PRODUCT AS FOLLOWERS

THE NEW PRODUCT IS FOR ALL NEW TABLETS NOTEBOOKS
LABTOP AND MONITORS  IN ANY AND ALL SIZES  4.4 " 5" 6" 7" 8"
9" 10" 11" 12" 13"14" 15 16" 17" 18" 19"20"
THE NEW TABLES NOTEBOOKS LABTOPS COMPUTERS AND MONITORS WOULD HAVE
THE SMARTPHONE AND OR PHONE (TELEPHONE) SYSTEM BY JUST

APPLICATION
DOWNLOADING
SCREAMING

COPYING
ADDED PROGRAMED
PROGRAMED
DESIGN PROGRAMED
DESIGNED APPLICATION

THIS NEW PRODUCT WOULD CHANGE THE COMPLETE GUTTS OF
TO ALL NEW TABLETS NOTEBOOKS LABTOP AND OR MONITORS
THIS NEW PRODUCT CAN BE IN ANY AND ALL NEW SIZES


TO ALL NEW TABLETS NOTEBOOKS LABTOP AND OR MONITORS
THIS NEW PRODUCT CAN BE IN ANY AND ALL NEW SIZES

I PERSONALLY DO NOT WANT TO PULL OUT MY CELL PHONE AND OR
TELEPHONE EVERY TIME I NEED TO MAKE A PHONE CALL TO A PERSON
THE NEW PRODUCT IS FOR
ALL NEW TABLETS NOTEBOOKS LABTOP AND OR MONITORS
MAKING IT EASY TO USE ONE PRODUCT AT A TIME

AS I AM ON MY TABLET NOTEBOOK LABTOP  COMPUTER AND OR
MONITOR I WOULD BE ABLE TO CONTACT ANYONE IN A MINUTE
ALONG WITH HANDLING PERSONAL CALLING , FRIENDS, CALLS FRIENDS, MAKING
DOCTOR CALLS
DENTIST CALLS CONTACTING MY ATTORNEYS AND OR BUSINESS CALLS

I PERSONALLY CAN MAKE A PHONE CALL IN MINUTES NO MORE LOOKING
FOR YOUR CELL PHONES TO MAKE THAT IMPORTANT TELEPHONE CALL

ALSO THIS NEW PRODUCT CAN BE ADDED SCREAMED COPY DOWNLOADED
ON ANY AND ALL OLD **TABLETS** NOTEBOOKS LABTOP COMPUTERS AND OR
MONITORS  THIS NEW PRODUCT CAN BE A NEW DESIGNED PROGRAM APPLICATION
BY DOWNLOADING  SCREAMING COPING ADDED APPLICATION ADDED PROGRAM
APPLICATION ADDED PROGRAM AND OR DESIGN PROGRAM JUST FOR THE
SMARTPHONE AND OR TELEPHONE **FOR TABLETS** NOTEBOOKS LABTOP
COMPUTERS AND OR MONIT

I PERSONALLY CAN MAKE A CALL TO  ANYONE NO MATTER WHAT DEVISE I
WOULD USE TO MAKE THAT IMPORTANT TELEPHONE CALL   ALONG WITH
INCOMES AND OUTGOING CALLS

I JO ANNA CANZONERI MCCORMICK INCONSIDERATION OF AMOUNT OF MONEY PAYMENT CHECK PAYCHECK AND ROYALITIES (UNKNOWN ESTIMATED AMOUNT OF MONEY (PAYMENT) AT THIS TIME) DO HEREBY WOULD LIKE TO SELL (ASSIGN THE USEAGE) MY JO ANNA CANZONERI MCCORMICK IDEAL PROGRAM APPLICATION AND PRODUCT FOR PAYMENT CHECK PAYCHECK OR ROYALITIES ON A BILL OF SALE IS FOR A NEW PRODUCT AND OR IDEAL , APPLICATION PROGRAMED AND PRODUCTS FOR ALL NEW **TABLETS** NOTEBOOKS LABTOP COMPUTERS AND OR MONITORS THIS NEW PRODUCT CAN BE A NEW DESIGNED PROGRAM APPLICATION BY DOWNLOADING SCREAMING COPING ADDED APPLICATION ADDED PROGRAM APPLICATION ADDED PROGRAM AND OR DESIGN PROGRAM JUST FOR THE SMARTPHONE AND OR TELEPHONE **FOR TABLETS** NOTEBOOKS LABTOP COMPUTERS AND OR MONITORS

IS TRUE AND ACCURATE TO THE BEST OF MY J JO ANNA CANZONERI MCCORMICK KNOWLEDGE I JO ANNA CANZONERI MCCORMICK THE UNDERSIGNED AS SELLER ACKNOWLEDGE RECEIPT OF THE BILL OF SALE TO EACH OF THE BUYERS

THE NEW

HEREIN ATTACHED AND MADE A PART OF UNDER SEPARATE COVER  TO THE BUYER AND UNDERSTAND THEREOF


DATED   DECEMBER 25, 2015


SELLER JO ANNA CANZONERI MCCORMICK





**ASUS ON TPHONES**

joanna mccormick [jc.mccormick.101@gmail.com]
Sent: Saturday, July 21, 2018 11:13 AM
To:    Print & Marketing Services 188

ASUS [CASEID=RITM201812272005319-848

Dear Mr. / Ms.,

Your inquiry is important to us however if it is related to reasons other than the following please contact product support. We do apologize for any inconvenience that this may have caused.

Inquiries supported at this email address are:

• Invoice Verification
• RMA Forms
• Pictures related to RMA
• Out of Region Unit (According to your S/N, the unit isn't from NA or Canada so we cannot verify the invoice for you.)

Thanks for your kindly understanding
Thank you for choosing ASUS products.
Best regards,
Carla
ASUS Product Support
http://usa.asus.com :: http://service.asus.com

————— Original Message —————
From : jc.mccormick.101@gmail.com
Sent : 2015/12/27 18:17:45
To : 'asus_ccc@asus.com'
Subject : bill of sale on new product t phones

[CASEID=PTM201512272005319]

JO ANNA CANZONERI MCCORMICK

FROM:

JoAnna Canzoneri McCormick
2609 East 14th Street
Brooklyn NY 11235



U.S. POSTAGE PAID
FC PKG RTL
PANORAMA CITY, CA
91402
NOV 28, 18
AMOUNT
**$3.75**
1000
11235-
R2304E106633-73



TO:

Honorable Federal Judge
United States Federal Court
500 Pearl Street
New York NY 11235

FIRST CLASS



USPS TRACKING NUMBER

9500 1162 1439 8332 2833 74

1/2" X 12